UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: BOWMAN, BRIAN | § | Case No. 10-74620 |
| | § | |
| SOURCE, CD | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

. 211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 05/04/2011 in Courtroom 115, United States Courthouse,
211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 03/15/2011      By: /s/JOSEPH D. OLSEN_____
                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: BOWMAN, BRIAN | § | Case No. 10-74620 |
| | § | |
| SOURCE, CD | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $         18,824.43

*and approved disbursements of*                $          1,030.93

*leaving a balance on hand of* [1]             $         17,793.50

**Balance on hand:**                            $         17,793.50

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $         0.00
Remaining balance:                         $    17,793.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,529.35 | 0.00 | 2,529.35 |
| Trustee, Expenses - JOSEPH D. OLSEN | 34.18 | 0.00 | 34.18 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 987.50 | 0.00 | 987.50 |

Total to be paid for chapter 7 administration expenses:   $    3,551.03
Remaining balance:                                         $   14,242.47

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

        Total to be paid for prior chapter administrative expenses:    $      0.00
        Remaining balance:    $      14,242.47

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,527.18 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | 1,120.52 | 0.00 | 1,120.52 |
| 3 | Illinois Department of Revenue | 1,092.20 | 0.00 | 1,092.20 |
| 6P | Internal Revenue Service | 2,314.46 | 0.00 | 2,314.46 |

        Total to be paid for priority claims:    $      4,527.18
        Remaining balance:    $      9,715.29

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,256.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Carlson Orthopedic Clinic | 6,564.56 | 0.00 | 3,695.84 |
| 4 | Chase Bank USA, N.A. | 9,968.03 | 0.00 | 5,611.98 |
| 5 | PYOD LLC its successors and assigns as assignee of | 655.47 | 0.00 | 369.03 |
| 6U | Internal Revenue Service | 68.27 | 0.00 | 38.44 |

        Total to be paid for timely general unsecured claims:    $      9,715.29
        Remaining balance:    $      0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                                   Case No. 10-74620-MB
Brian Bowman                                                             Chapter 7
        Debtor              CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave              Page 1 of 2                   Date Rcvd: Apr 04, 2011
                              Form ID: pdf006              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2011.
db           +Brian Bowman,    418 W Rockton Rd,   Rockton, IL 61072-1639
aty          +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty          +Craig A Willette,    Yalden Olsen & Willette,   1318 E State Street,    Rockford, IL 61104-2228
tr           +Joseph D Olsen,    Yalden Olsen & Willette,   1318 E State Street,    Rockford, IL 61104-2228
16143804     +AT&T,   Bankruptcy Department,    6021 S. Rio Grande Avenue,   Orlando, FL 32809-4613
16143803      AT&T,   PO Box 8100,    Aurora, IL 60507-8100
16143802     +Associated Bank,    PO Box 2926,   Milwaukee, WI 53201-2926
16143801     +Associated Bank,    1305 Main Street,   Stevens Point, WI 54481-2898
16143806      Carlson Orthopedic Clinic,    1848 Daimler Road,   Rockford, IL 61112-1019
16450796      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16143807      Chase Card/Amazon,    P.O. Box 15298,   Wilmington, DE 19850-5298
16143808     +Citicards,    P.O. Box 6241,   Sioux Falls, SD 57117-6241
16143810      Edgebrook Dermatology, PC,    PO Box 1686,   Rockford, IL 61110-0186
16143811     +First Rockford Group, Inc.,    For Perryville II, LLC,   6801 Spring Creek Road,
               Rockford, IL 61114-7420
16143812     +GT Partners,    303 N. Main Street,   8th Floor,   Rockford, IL 61101-1049
16143813      Hinkley Springs,    PO Box 660579,   Dallas, TX 75266-0579
16757031    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,     Mail Stop 5013 CHI,   230 S. Dearborn St.,
               Chicago, IL 60604)
16143814      Illinois Department of Revenue,    PO Box 19035,   Springfield, IL 62794-9035
16143815      Internal Revenue Service,    POB 7346,   Philadelphia PA 19101-7346
16143816     +JoAnn Coffey,    5315 Milehigh Drive,   Loves Park, IL 61111-1995
16524176     +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
16143819     +Physician Associates Limited,    1848 Daimler Road,   Rockford, IL 61112-1019
16143820      Quest Diagnostics,    1355 Mittel Boulevard,   Wood Dale, IL 60191-1024
16143821      Swedish American Hospital,    PO Box 4448,   Rockford, IL 61110-0948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16143809      E-mail/Text: legalcollections@comed.com Apr 04 2011 22:50:38      Com Ed,   P.O. Box 6111,
               Carol Stream, IL 60197-6111
16143818     +E-mail/Text: bankrup@nicor.com Apr 04 2011 22:49:38      NiCor Gas - Bankruptcy Dept.,
               1844 Ferry Road,    Naperville, IL 60563-9600
16143817      E-mail/Text: bankrup@nicor.com Apr 04 2011 22:49:39      Nicor Gas,   PO Box 0632,
               Aurora, IL 60507-0632
16143822      Fax: 866-419-3894 Apr 04 2011 23:27:33      U.S. Cellular,   PO Box 0203,
               Palatine, IL 60055-0203
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
16143805    ##Capital One,   Bankruptcy Department,   PO Box 85167,   Richmond, VA 23285-5167
                                                                                  TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: kkrystave           Page 2 of 2            Date Rcvd: Apr 04, 2011
                              Form ID: pdf006           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2011**                    **Signature:**    *Joseph Speetjens*