**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: BOWMAN, BRIAN                          § Case No. 10-74620
                                              §
         SOURCE, CD                           §
Debtor(s)                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $137,001.11                Assets Exempt:  $22,450.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,242.47    Claims Discharged
                                               Without Payment: $7,541.04

Total Expenses of Administration: $3,551.07

---

3) Total gross receipts of $    18,824.43    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    1,030.89    (see **Exhibit 2**), yielded net receipts of $17,793.54 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $98,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,551.07 | 3,551.07 | 3,551.07 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,367.93 | 5,682.39 | 4,527.18 | 4,527.18 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,564.56 | 17,256.33 | 17,256.33 | 9,715.29 |
| **TOTAL DISBURSEMENTS** | $107,932.49 | $26,489.79 | $25,334.58 | $17,793.54 |

4) This case was originally filed under Chapter 7 on September 16, 2010. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/27/2011          By: /s/JOSEPH D. OLSEN
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Met Life - whole life | 1129-000 | 18,824.00 |
| Interest Income | 1270-000 | 0.43 |
| **TOTAL GROSS RECEIPTS** | | **$18,824.43** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Brian Bowman | Debtor's exemption | 8100-002 | 1,030.89 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,030.89** |

### EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Associated Bank | 4110-000 | 98,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$98,000.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,529.35 | 2,529.35 | 2,529.35 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 34.18 | 34.18 | 34.18 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 987.50 | 987.50 | 987.50 |
| The Bank of New York Mellon | 2810-000 | N/A | 0.04 | 0.04 | 0.04 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2810-000 | N/A | 0.04 | 0.04 | 0.04 |
| The Bank of New York Mellon | 2810-000 | N/A | -0.04 | -0.04 | -0.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,551.07 | 3,551.07 | 3,551.07 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 5800-000 | 2,275.73 | 2,275.73 | 1,120.52 | 1,120.52 |
| 3 | Illinois Department of Revenue | 5800-000 | 1,092.20 | 1,092.20 | 1,092.20 | 1,092.20 |
| 6P | Internal Revenue Service | 5800-000 | N/A | 2,314.46 | 2,314.46 | 2,314.46 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 3,367.93 | 5,682.39 | 4,527.18 | 4,527.18 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Carlson Orthopedic Clinic | 7100-000 | 6,564.56 | 6,564.56 | 6,564.56 | 3,695.84 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 9,968.03 | 9,968.03 | 5,611.98 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 655.47 | 655.47 | 369.03 |
| 6U | Internal Revenue Service | 7100-000 | N/A | 68.27 | 68.27 | 38.44 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 6,564.56 | 17,256.33 | 17,256.33 | 9,715.29 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74620  
**Case Name:** BOWMAN, BRIAN  

**Period Ending:** 07/27/11

**Trustee:** (330400)   JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 09/16/10 (f)  
**§341(a) Meeting Date:** 10/25/10  
**Claims Bar Date:** 02/04/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Location: 418 W Rockton Rd, Rockton IL 61072 | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Associated Bank - CD Source - business checking | 1,567.11 | 0.00 | DA | 0.00 | FA |
| 3 | Associated Bank - GEM Recycling - business check | 300.00 | 0.00 | DA | 0.00 | FA |
| 4 | Associated Bank - personal savings | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | NiCor - utility deposit | 1.00 | 0.00 | DA | 0.00 | FA |
| 6 | Commonwealth Edison - utility deposit | 1.00 | 0.00 | DA | 0.00 | FA |
| 7 | Nominal complement of household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Normal complement of clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2 mountain bikes | 250.00 | 0.00 | DA | 0.00 | FA |
| 10 | Met Life - whole life | 14,000.00 | 0.00 | | 18,824.00 | FA |
| 11 | Edward Jones - IRA | 1,900.00 | 0.00 | DA | 0.00 | FA |
| 12 | d/b/a CD Source | 1.00 | 0.00 | DA | 0.00 | FA |
| 13 | d/b/a GEM Recycling | 1.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1999 Ford Explorer | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 15 | Utility trailer | 50.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1973 Lund boat, motor & trailer | 500.00 | 0.00 | DA | 0.00 | FA |
| 17 | Old canoe | 50.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1998 Waverunner | 400.00 | 0.00 | DA | 0.00 | FA |
| 19 | Old computer | 5.00 | 0.00 | DA | 0.00 | FA |
| 20 | Complement of store fixtures @ CD Source | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 21 | CDs, DVDs, Games, T-shirts, Records @ CD Source | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 22 | 1 dog | 25.00 | 0.00 | DA | 0.00 | FA |
| 23 | Push lawnmower and homeowner misc tools | 100.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.43 | FA |
| 24 | Assets    Totals (Excluding unknown values) | **$151,001.11** | **$0.00** | | **$18,824.43** | **$0.00** |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-74620  
**Case Name:** BOWMAN, BRIAN  

**Period Ending:** 07/27/11

**Trustee:** (330400)   JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 09/16/10 (f)  
**§341(a) Meeting Date:** 10/25/10  
**Claims Bar Date:** 02/04/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Trustee has liquidated the Debtor's non-exempt interest in the cash surrender value in certain life insurance policies. Now just waiting for the proof of claim period to expire. Will object to proof of claims, if necessary. Presumably will have the final report on file before 9/30/11.

**Initial Projected Date Of Final Report (TFR):**   September 30, 2011      **Current Projected Date Of Final Report (TFR):**    May 4, 2011  (Actual)

Printed: 07/27/2011 01:45 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-74620  
**Case Name:** BOWMAN, BRIAN  

**Taxpayer ID #:** **-***2634  
**Period Ending:** 07/27/11  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/29/10 | {10} | MetLife | Cash surrender of lief policy #202063179UM | 1129-000 | 18,824.00 | | 18,824.00 |
| 12/28/10 | | To Account #9200******8566 | Debtor's exemption | 9999-000 | | 1,030.89 | 17,793.11 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 17,793.26 |
| 12/31/10 | | The Bank of New York Mellon | Backup Withholding posting | 2810-000 | | 0.04 | 17,793.22 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 17,793.37 |
| 01/31/11 | | The Bank of New York Mellon | Backup Withholding posting | 2810-000 | | 0.04 | 17,793.33 |
| 02/18/11 | | The Bank of New York Mellon | Backup Withholding posting | 2810-000 | | -0.04 | 17,793.37 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,793.50 |
| 03/15/11 | | To Account #9200******8566 | Preparation of F. rpt. | 9999-000 | | 17,793.50 | 0.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 0.06 |
| 05/16/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.06 | | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 18,824.43 | 18,824.43    $0.00 |
| Less: Bank Transfers | 0.00 | 18,824.39 |
| **Subtotal** | 18,824.43 | 0.04 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$18,824.43** | **$0.04** |

{} Asset reference(s)                                                    Printed: 07/27/2011 01:45 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-74620  
**Case Name:** BOWMAN, BRIAN  
**Taxpayer ID #:** **-***2634  
**Period Ending:** 07/27/11  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/10 | | From Account #9200******8565 | Debtor's exemption | 9999-000 | 1,030.89 | | 1,030.89 |
| 12/28/10 | 101 | Brian Bowman | Debtor's exemption | 8100-002 | | 1,030.89 | 0.00 |
| 03/15/11 | | From Account #9200******8565 | Preparation of F. rpt. | 9999-000 | 17,793.50 | | 17,793.50 |
| 05/24/11 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $987.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 987.50 | 16,806.00 |
| 05/24/11 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,529.35, Trustee Compensation; Reference: | 2100-000 | | 2,529.35 | 14,276.65 |
| 05/24/11 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $34.18, Trustee Expenses; Reference: | 2200-000 | | 34.18 | 14,242.47 |
| 05/24/11 | 105 | Illinois Department of Revenue | Dividend paid 100.00% on $1,092.20; Claim# 3; Filed: $1,092.20; Reference: | 5800-000 | | 1,092.20 | 13,150.27 |
| 05/24/11 | 106 | Carlson Orthopedic Clinic | Dividend paid 56.29% on $6,564.56; Claim# 1; Filed: $6,564.56; Reference: | 7100-000 | | 3,695.84 | 9,454.43 |
| 05/24/11 | 107 | Chase Bank USA, N.A. | Dividend paid 56.29% on $9,968.03; Claim# 4; Filed: $9,968.03; Reference: | 7100-000 | | 5,611.98 | 3,842.45 |
| 05/24/11 | 108 | PYOD LLC its successors and assigns as assignee of | Dividend paid 56.29% on $655.47; Claim# 5; Filed: $655.47; Reference: | 7100-000 | | 369.03 | 3,473.42 |
| 05/24/11 | 109 | Internal Revenue Service | Combined Check for Claims#2,6U,6P | | | 3,473.42 | 0.00 |
| | | | Dividend paid 100.00% 1,120.52 on $1,120.52; Claim# 2; Filed: $2,275.73 | 5800-000 | | | 0.00 |
| | | | Dividend paid 56.29% 38.44 on $68.27; Claim# 6U; Filed: $68.27 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 2,314.46 on $2,314.46; Claim# 6P; Filed: $2,314.46 | 5800-000 | | | 0.00 |

|  |  |  |
|---|---:|---:|
| ACCOUNT TOTALS | 18,824.39 | 18,824.39 |
| Less: Bank Transfers | 18,824.39 | 0.00 |
| **Subtotal** | **0.00** | **18,824.39** |
| Less: Payments to Debtors | | 1,030.89 |
| **NET Receipts / Disbursements** | **$0.00** | **$17,793.50** |

Account Totals right column: $0.00

{} Asset reference(s)

Printed: 07/27/2011 01:45 PM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-74620  
**Case Name:** BOWMAN, BRIAN  

**Taxpayer ID #:** **-***2634  
**Period Ending:** 07/27/11  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
           Net Receipts :     18,824.43
   Less Payments to Debtor :   1,030.89
                             _____
             Net Estate :    $17,793.54
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******85-65 | 18,824.43 | 0.04 | 0.00 |
| Checking # 9200-******85-66 | 0.00 | 17,793.50 | 0.00 |
| | $18,824.43 | $17,793.54 | $0.00 |

{} Asset reference(s)

Printed: 07/27/2011 01:45 PM    V.12.57